UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:22-cv-0099-FL

| | |
|---|---|
| DIANNE TORRES, individually and on behalf of E.T., minor child, and JOSE TORRES, individually and on behalf of E.T., a minor child,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAMPSON COUNTY BOARD OF EDUCATION,<br><br>        Defendant. | **ORDER GRANTING DEFENDANT'S MOTION TO STAY** |

  This cause came before the Court on Defendant Sampson County Board of Education's motion to stay this action. Based on Defendant's motion and for good cause shown, Defendant's motion to stay is GRANTED and IT IS HEREBY ORDERED that this action is STAYED pending this Court's judgment on the merits or other final disposition of *Sampson County Board of Education v. Jose Torres, et al.*, File No. 7:22-cv-00100-FL, which gives rise to the claims in this action. Defendant is DIRECTED to notify the Court within ten (10) days of the issuance of the judgment or final disposition of File No. 7:22-cv-00100-FL. The Clerk of Court is DIRECTED to administratively close this action.

  SO ORDERED, this the 26th day of January, 2023.

*/s/ Louise W. Flanagan*
Louise W. Flanagan
United States District Judge